December 22, 1908, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover a loss alleged to have been sustained by plaintiffs as stockbrokers in buying and selling cotton for defendant's account.

*David L. Podell* and *Max D. Steuer* for appellant.

*Edmund L. Mooney* and *Frederick A. Card* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.    Dissenting: CHASE, J.

---

JOHN BOSOIAN, Respondent, *v.* SAMUEL T. HUBBARD et al., Doing Business under the Name of HUBBARD BROS. & Co., Appellants.

*Bosoian* v. *Hubbard*, 129 App. Div. 637, affirmed.
(Argued March 17, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been sustained by plaintiff through the closing out of a certain speculative account carried for him by defendants as stockbrokers.

*Eugene D. Hawkins* and *Alfred Gregory* for appellants.

*Nathan F. Giffin* and *George F. Maguire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.